[No. 7607–5–III. Division Three. January 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK
LYNN KEITH, *Appellant.*

Appeal from a judgment of the Superior Court for Whitman County, No. 85–1–00021–2, Philip H. Faris, J., entered January 31, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 7914–7–III. Division Three. January 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN T.
PATRICK, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86–1–50019–6, Fred R. Staples, J., entered June 3, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 19514–0–I. Division One. January 13, 1988.]

RAGNAR PETTERSSON, *Respondent,* v. TRAMCO, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–01564–7, Gerald L. Knight, J., entered October 27, 1986. *Reversed* by unpublished opinion per Webster, J., concurred in by Williams and Pekelis, JJ.